ANDERSON v. COMPTOIS.

In re DUBOSE.

(Circuit Court of Appeals, Ninth Circuit. September 16, 1901.)

No. 632.

On Rehearing.

For former opinion, see 48 C. C. A. 1, 109 Fed. 971.

PER CURIAM. Upon a rehearing of this matter, and a consideration of the additional testimony introduced, we are of the opinion that the findings of fact and judgment heretofore entered herein are in all things correct, and are hereby reaffirmed, and the United States marshal for the Northern district of California is hereby directed to execute the judgment heretofore entered herein forthwith.